O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DOUGLAS HENRY CARSON,

          Petitioner,

vs.

M. MARTEL, Warden,

          Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No.  CV 10-9149-AG (DTB)

ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein.    The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that respondent's Motion to Dismiss is denied with respect to the issue of timeliness; that respondent's Motion to Dismiss is granted with respect to the issue of petitioner's failure to exhaust his available state remedies as to Ground One, subclaim (e) (ineffective assistance of appellate counsel) and Ground Four; that Ground One, subclaim (e) and Ground Four are dismissed without

/ / /

/ / /

1

leave to amend; and that respondent is ordered to file an Answer addressing the merits of the remaining claims within thirty (30) days of the date of this Order.

Dated: **Dec 21, 204**

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

2