JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS HENRY CARSON, | Case No. CV 10-9149-AG (DTB) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| M. MARTEL, Warden, | |
| Respondent. | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: March 30 2013

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1